UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**NICOLE TRANCHINA ROBINO**

DEBTOR(S)

**BANKRUPTCY NO.
10-13272
SECTION "B"**
CHAPTER 13

## ORDER OF DISMISSAL

This matter came before the Honorable Jerry A. Brown on October 20, 2010

as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to dismiss case *for*

*failure to file plan timely* **(P-16).**

> PRESENT:  Andrew H. Wiebelt, II
>                       Counsel for Trustee
>
>                      Nicole Tranchina Robino
>                       Pro-Se Debtor

Considering the statements of counsel and the Debtor,

**IT IS ORDERED** that the motion is **GRANTED** and the case is

**DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the

voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, October 20, 2010.

_J. A. Brown_
JERRY A. BROWN
BANKRUPTCY JUDGE